# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Justin Atwood, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| STV Energy Services, Inc., d/b/a | ) | |
| STV/GWD, | ) | |
| | ) | Case No. 1:15-cv-129 |
| Defendant. | ) | |

Before the court is a motion for attorney Galvin B. Kennedy to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Galvin B. Kennedy has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 9) is **GRANTED**. Attorney Galvin B. Kennedy is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge