UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

Justin Atwood

v.  Case No: 1:15-CV-129

STV Energy Services, Inc.

**CLERK'S MINUTES**
Proceeding: Scheduling Conference
(via telephone from Fargo)

| | |
|---|---|
| Presiding Judge: U.S. Magistrate Judge Alice Senechal | Date: Wednesday, December 2, 2015 |
| Deputy Clerk: Lisa Clark | Time: 9:30am |
| Law Clerk: Lindsey Scheel | Recess: 9:46am |
| Digital Recorder: (hearing not recorded) | |

Counsel for Plaintiff: Udyogi Hangawatte
Counsel for Defendant: Robert Stock

---

Court calls case and counsel enters appearances. Counsel appearing via telephone.
Plaintiff summarizes case.

Court reviews proposed scheduling/discovery plan.
Court discusses changes to the Rules of Civil Procedure impacting discovery.
Court discusses procedure for discovery disputes.
Discussion held regarding proposed deadlines.

Mid-discovery status conference set for May 11, 2016 at 10am.

Trial set for June 20, 2017 in Fargo before Judge Erickson.
Counsel estimates 6 days for trial.
Final pretrial conference set for June 7, 2017 at 9am in Fargo.

Orders to be filed.

Recess.